

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Mario Antonio Ramey, Appellant

No. 06-14-00001-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 06-0456X). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley, participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Mario Antonio Ramey, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 9, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk